# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1170**
**CA 14-02259**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, WHALEN, AND DEJOSEPH, JJ.

MELISSA MISENHEIMER, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

QUENTIN MISENHEIMER, DEFENDANT-APPELLANT.

HODGSON RUSS LLP, BUFFALO (MARISSA A. COHELEY OF COUNSEL), FOR
DEFENDANT-APPELLANT.

MCCANN FIRM, LLC, ORCHARD PARK (JENNIFER M. MCCANN OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered August 25, 2014. The order denied defendant's motion to dismiss the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 13, 2015                        Frances E. Cafarell
                                                   Clerk of the Court